IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARNELL LEE FLEMMINGS,

    Petitioner,                      No. CIV S 04-1384 FCD PAN P

    vs.

GEORGE STRTTON, Warden,

    Respondent.                   ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 13, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1       For the reasons set forth in the magistrate judge's April 27, 2005, findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right.  Petitioner patently failed to exhaust the available state court remedies.  Accordingly, a
4 certificate of appealability should not issue in this action.
5       IT IS SO ORDERED.
6 DATED: July 8, 2005

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge